IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-10396-EE

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

versus

CALVIN MATCHETT,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: WILLIAM PRYOR, JULIE CARNES and SILER,* Circuit Judges.

BY THE COURT:

    The motion to file an amicus brief filed by Law Professors in support of Appellant,

Calvin Matchett's petition for rehearing en banc is *granted*.

_____

* Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by
designation.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2015

David Oscar Markus
Markus & Markus, PLLC
40 NW 3RD ST PH1
MIAMI, FL 33128

Appeal Number:  14-10396-EE
Case Style:  USA v. Calvin Matchett
District Court Docket No:  1:13-cr-20630-KMM-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order granting motion to file Amicus Brief filed by Law Professors has been entered. The Amicus Brief is deemed filed as of the date of this order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

MOT-2 Notice of Court Action